**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LUIS JEFFERSON ESCOBEDO-SILVA, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 5:26-cv-02238-JMG |
| | : | |
| SUPERINTENDENT, ABRAXAS, | : | |
| ACADEMY, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 7th  day of April, 2026, upon consideration of Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1), Petitioner's Motion for a Temporary Restraining Order (ECF No. 2), Petitioner's Motion to Expedite (ECF No. 3), and Petitioner's Motion to Seal (ECF No. 5) **IT IS HEREBY ORDERED** that Plaintiff **SHALL** <u>immediately</u> serve the Government the Petition (ECF No. 1), all Motions (ECF Nos. 2-5), and any supporting documents **AND** provide Proof of Service.

**IT IS FURTHER ORDERED** that Lead counsel **SHALL** appear **VIA TELEPHONE** for a status conference on **Wednesday, April 8, 2026, at 11:00 a.m.**[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[1] The Court will provide the calling bridge details under separate cover.